UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANT TRIMALE PRATT,<br><br>    Petitioner,<br><br>  v.<br><br>A. SMITH, Warden PBSP,<br><br>    Respondent. | Case No. 2:23-cv-03173-ODW-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is dismissed without prejudice to refiling in a civil rights action pursuant to 42 U.S.C. § 1983.

DATED: August 7, 2024

            HONORABLE OTIS D. WRIGHT II
            UNITED STATES DISTRICT JUDGE